United States District Court
Northern District of California

1
2
3
4    UNITED STATES DISTRICT COURT
5    NORTHERN DISTRICT OF CALIFORNIA
6
7    DARONTA T. LEWIS,    Case No. 20-cv-02614-WHO (PR)
         Plaintiff,
8
9        v.    **ORDER OF TRANSFER**
10   G. UGWUEZE, MD, et al.,
         Defendants.
11
12
13       The claims plaintiff Daronta T. Lewis raises in this federal civil rights action arise
14   from events that occurred at the California Substance Abuse Treatment Facility and State
15   Prison, which lies in the Eastern District of California.  Accordingly, this federal suit is
16   TRANSFERRED to the Eastern District, wherein venue properly lies because a substantial
17   part of the events or omissions giving rise to the claims occurred there, and because the
18   named defendants reside therein.  *See* 28 U.S.C. §§ 84(b), 1391(b), and 1406(a).  The
19   Clerk shall transfer this action forthwith.
20       **IT IS SO ORDERED.**
21   **Dated:**  April 27, 2020
22

     WILLIAM H. ORRICK
23   United States District Judge
24
25
26
27
28